**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN CASEROS, | ) | CASE NO. CV13-04806 ODW (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| C. GIBSON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2-5-15

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE