**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CASEROS,<br><br>   Petitioner,<br><br> vs.<br><br>C. GIBSON, WARDEN,<br><br>   Respondent. | CASE NO. CV 13-04806 ODW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of EDWIN CASEROS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2-5-15

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE